UNITED STATES DISTRICT COURT

US District Court
Att: Clerk of the Court
101 West Lombard Street
Baltimore, MD, 21201

*FILED*
*LOGGED*
*ENTERED*
*RECEIVED*

APR 2 0 2020

CLERK AT BALTIMORE
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY,

DEPUTY

Re: Return of Property
Ref Case # RDB-1-17-CR-00338-001

Comes Now, TITO ARGUETA FOLGAR, hereafter "UNDERSIGNED" without the
benefit of attorney , to request the honorable court to issue an
order for return of his property.
The property includes : Cell phone (smartphone) and $820 USD.
ARGUETA FOLGAR has attempted to acquire his property in the past
(these two aforementioned items) but without resust.
ARGUETA FOLGAR is humbly asking this honorable court to issue an
order to the government in order to locate and return his property.
ARGUETA FOLGAR prays that this honorable court will help him
to get his property back.

Very respectfully Submitted,
this  3 day of April, 2020
by:  _____

TITO ARGUETA FOLGAR
#70950-050 , MVCC
555 GEO DRIVE
PHILIPSBURG, PA, 16866